UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCIS NANABA AKUNVABEY, | ) | CASE NO. 3:13CV2781 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| REBECCA ADDUCCI, ICE District Director, et al, | ) ) | |
| | ) | |
| RESPONDENTS. | ) | |

Having contemporaneously filed a Memorandum Opinion in this case, this action is dismissed pursuant to 28 U.S.C. § 2243. Further, under 28 U.S.C. § 1915(a)(3), this Court certifies an appeal could not be taken in good faith.

**IT IS SO ORDERED**.

Dated: January 5, 2015

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**